UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN MUNOZ )
311 N. Quebec Road, #1 )
Arlington, VA 22203 )
 )
 ) Civil Action No. _____
BLAS OVELAR )
1021 Arlington Blvd., #905E )
Arlington, VA 22209 )
 )
TEDDY ROCHA )
721 Glebe Road )
Arlington, VA 22204 )
 )
DANIEL YERIEN )
3066 Valley Lane )
Falls Church, VA 22044 )

Plaintiffs,

v.

LUCKY NG d/b/a SM CONSTRUCTION CO.
a California individual person
2525 Van Ness Avenue, Suite 208
San Francisco, CA 94109

and

JURYS WASHINGTON, LLC d/b/a JURYS
WASHINGTON HOTEL
a Delaware limited liability corporation
1500 New Hampshire Avenue, NW
Washington, DC 20036

Defendants.

## Local Civil Rule 7.1 Certification

I, the undersigned, counsel of record for Jurys Washington, LLC d/b/a Jurys

Washington Hotel, certify that to the best of my knowledge and belief, the following are

parent companies, subsidiaries or affiliates of Jurys Washington, LLC d/b/a Jurys Washington Hotel which have any outstanding securities in the hands of the public: NOT APPLICABLE.

These representations are made in order that judges of this court may determine the need for recusal.

                                          Respectfully submitted,

                                          JURYS WASHINGTON, LLC d/b/a
                                          JURYS WASHINGTON HOTEL
                                          By Counsel

                                          _____
                                          Mark D. Crawford (Bar No. 449004)
                                          MCMANUS, SCHOR,
                                          ASMAR & DARDEN, L.L.P.
                                          1155 Fifteenth Street, N.W.
                                          Suite 900
                                          Washington, D.C. 20005
                                          202-296-9260
                                          202-659-3732 (fax)
                                          mcrawford@msadlaw.com

## Certificate of Service

    I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed first-class, postage-prepaid, this 31st day of October 2007, to

                      Andrew Bagley
                      Glenn Grant
                      Crowell & Moring, LLP
                      1001 Pennsylvania Avenue, N.W.
                      Washington, D.C. 20004
                      202-624-2672
                      202-628-5116 (fax)
                      abagley@crowell.com
                      ggrant@crowell.com
                      *Counsel for Plaintiffs*

                      Lucky Ng d/b/a SM Construction Co.
                      2525 Van Ness Avenue, Suite 208
                      San Francisco, CA 94109

                      _____
                      Mark D. Crawford