IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MUÑOZ<br>311 N. Quebec Road, #1<br>Arlington, VA 22203<br><br>BLAS OVELAR<br>1021 Arlington Blvd., #905E<br>Arlington, VA 22209<br><br>TEDDY ROCHA<br>721 Glebe Road<br>Arlington, VA 22204<br><br>DANIEL YERIEN<br>3066 Valley Lane<br>Falls Church, VA 22044<br><br>           Plaintiffs,<br><br>    v.<br><br>LUCKY NG d/b/a SM CONSTRUCTION CO.<br>A California Individual person<br>2525 Van Ness Avenue, Suite 208<br>San Francisco, CA 94109<br><br>and<br><br>JURYS WASHINGTON, LLC d/b/a<br>JURYS WASHINGTON HOTEL<br>A Delaware limited liability corporation<br>1500 New Hampshire Avenue, NW<br>Washington, DC 20036<br><br>           Defendants. | Civil Action No.: 07-1962 (R.M.U.) |

## PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE DEFENDANT LUCKY NG

Plaintiffs Juan Muñoz, Blas Ovelar, Teddy Rocha, and Daniel Yerien, by their undersigned counsel, hereby move the Court to extend the deadline for service of Defendant Lucky Ng (d/b/a SM Construction Co.) by 60 days to January 27, 2008.

1. On September 28, 2007, Plaintiffs filed a Complaint in D.C. Superior Court against Defendants Lucky Ng d/b/a SM Construction Co. and Jurys Washington, LLC d/b/a Jurys Washington Hotel for failure to pay wages for work performed, failure to pay Plaintiffs overtime compensation owed to them for hours worked in excess of forty (40) in any workweek, and failure to pay employees promised bonuses for working on an expedited schedule.

2. Plaintiffs attempted service on Defendant Jurys Washington Hotel on September 28, 2007. Jurys Washington Hotel was successfully served on or about October 3, 2007.

3. Defendant Jurys Washington Hotel removed the case from the D.C. Superior Court to this Court on or about October 31, 2007.

4. Plaintiffs attempted service, via Capitol Process/Investigator Services, on Defendant Lucky Ng, on October 1, 2007. All attempts at service since that date have been unsuccessful. An affidavit from Scott Kucik, Capitol Process/Investigator Services, describing Capitol Process's multiple attempts at service, is attached hereto. [Attachment A].

5. Multiple attempts were made to serve Defendant Lucky Ng at SM Construction's address of record, 2525 Van Ness Avenue, Suite 208, San Francisco, CA 91409. Although a woman at this address confirmed that this is the correct address for SM

Construction and that Lucky Ng is an officer of the company, all attempts to serve Defendant Lucky Ng at this address failed.

6. Multiple attempts were made to serve Defendant Lucky Ng at an alternate address, 44 Tomaso Court, San Francisco, CA 94134. All attempts at service at this address were unsuccessful.

7. Research conducted by Capitol Process indicates that Lucky Ng is the owner of 44 Tomaso Court.

8. Plaintiffs have made multiple good faith efforts to serve the Summons and Complaint to Defendant Lucky Ng.

9. Plaintiffs respectfully request an additional sixty (60) days to effect service of process on Defendant Lucky Ng. Plaintiffs believe that they will be able to serve Defendant Lucky Ng if given additional time.

Based on the foregoing, Plaintiffs respectfully requests that this Court grant Plaintiffs' Motion to Extend Time to Serve Defendant Lucky Ng.

Respectfully submitted,

/s/ Andrew Bagley
Andrew Bagley (Bar No. 447806)
Glenn Grant (Bar No. 437324)
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington D.C. 20004
Phone: (202) 624-2672
       (202) 624-2852
       (202) 624-2874
Fax:   (202) 628-5116
E-mail: abagley@crowell.com
        ggrant@crowell.com

Counsel for Plaintiffs

November 28, 2007

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served this 28th day of November via electronic mail at the electronic mail address listed below:

Mark D. Crawford: mcrawford@msadlaw.com
MCMANUS, SCHOR, ASMAR & DARDEN LLP
1155 Fifteenth Street, NW
Washington, D.C. 20005


/s/ Andrew W. Bagley

# ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN MUNOZ, ET AL.

V.

LUCKY NG D/B/A
SM CONSTRUCTION CO.
A CALIFORNIA INDIVIDUAL PERSON
2525 VAN NESS AVENUE, SUITE 208
SAN FRANCISCO, CA 94109

AND                                   CIVIL ACTION NO. 07-1962
                                      HON. R.M.U.
                                      DISTRICT COURT JUDGE

JURYS WASHINGTON, LLC DBA
JURYS WASHINGTON HOTEL
A DELAWARE LIMITED
LIABILITY CORPORATION
1500 NEW HAMPSHIRE AVE
N.W., WASHINGTON, D.C. 20036

### AFFIDAVIT OF SCOTT KUCIK

I, Scott Kucik, hereby depose and say:

That I am the Custodian of Records of Capitol Process/Investigator Services, 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this case.

That on October 1, 2007, my office was provided a SUMMONS & COMPLAINT to serve on the defendant, Lucky NG, in the above referenced case.

Multiple attempts were made to serve the defendant at 2525 Van Ness Avenue, Suite 208, San Francisco, California 94109. The office was found to be an office with a locked door. On October 5, the door was opened by a woman who indicated that while Lucky NG is an officer of the company at the address, he rarely comes in to the office.

Accordingly, efforts were made to serve the defendant at an alternate address at 44 Tomaso Court, San Francisco, California 94134. Multiple attempts were made at the address with but the door was not answered. On October 22, my agent spoke with a man who appeared in an upstairs window. The man would not come to the door. He indicated

that Lucky NG did not live at the address but it was unclear if he was being truthful as he would not cooperate in providing any other information.

Accordingly, I conducted research in an effort to verify the whereabouts of the defendant. I found that the home at 44 Tomaso Court is reported as owned by Jennifer and Lucky NG. Also, I found a registration for SM Construction at 44 Tomaso Court, San Francisco, California with a phone number of 415 469 7718. On November 8, I spoke with a woman at the number and informed her that I was attempting to send correspondence to Lucky NG. She indicated that I could send the correspondence to 44 Tomaso Court.

Subsequent attempts to serve the defendant at 44 Tomaso Court were unsuccessful as the door was not answered.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Scott Kucik

Subscribed and Sworn to before me this 28th day of November, 2007.

Nicole G. Davis
Notary Public

My commission expires: 01-14-09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUAN MUÑOZ <br> 311 N. Quebec Road, #1 <br> Arlington, VA 22203 <br><br> et al. <br>    Plaintiffs, <br> v. <br><br> LUCKY NG d/b/a SM CONSTRUCTION CO. <br> a California individual person <br> 2525 Van Ness Avenue, Suite 208 <br> San Francisco, CA 94109 <br><br> et al. <br><br>    Defendants. | Case No. 07 1962 (R.M.U.) |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Motion to Extend Time to Serve Defendant Lucky Ng, it is hereby:

ORDERED that the Plaintiffs' Motion is GRANTED, and that Plaintiffs shall serve the Summons and Complaint to Defendant Lucky Ng (d/b/a SM Construction Co.) on or before January 27, 2008.

SO ORDERED.

                                                                                         Judge Ricardo M. Urbina
                                                                                         United States District Judge

Date: _____