Andrew W. Bagley
Glenn D. Grant
Crowell & Moring
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202/624-2672

Attorneys for Plaintiffs JUAN MUNOZ

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF COLUMBIA

JUAN MUNOZ,
       Plaintiffs,

vs.

LUCKY NG, etc., et al.,
       Defendant(s).

Case No.: 07-1962 (R.M.U.)

## PROOF OF SERVICE

I, Tony Klein, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.
I delivered a copy of the **Summons & Complaint in Wash, DC Superior Court Case #0006579-07** to:

**PARTY SERVED:** LUCKY NG, d/b/a SM CONSTRUCTION CO.

**ADDRESS:** 44 Tomaso Court
San Francisco, CA

**DATE/TIME:** December 11, 2007   5:34 PM

**MANNER OF SERVICE:** ☒ Personal Service pursuant to FRCP 4

by delivery to Jane Doe, a woman who refused to state her name, described as Chinese, F, 5'6", 120 lbs., 38 yrs old, dark brown hair and believed to be the defendant's wife Jennifer Ng, a person of suitable age and discretion at the defendant's residence address.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and this declaration is executed on January 4, 2008 at San Francisco, California.

CAPITOL PROCESS SERVICES, INC.
1827 – 18th St., NW
Washington, DC 20009
800/243-8773

_____
Tony Klein

## PROOF OF SERVICE