Andrew W. Bagley
Glenn D. Grant
Crowell & Moring
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202/624-2672

Attorneys for Plaintiff s JUAN MUNOZ

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF COLUMBIA

JUAN MUNOZ,
    Plaintiffs,

vs.

LUCKY NG, etc., et al.,
    Defendant(s).

Case No.: 07-1962 (R.M.U.)

## PROOF OF SERVICE

I, Tony Klein, declare:

I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the **Summons & Complaint in Wash, DC Superior Court Case #0006579-07** to:

**PARTY SERVED:** LUCKY NG, d/b/a SM CONSTRUCTION CO.

**ADDRESS:** 2525 Van Ness Avenue, Ste. 208
San Francisco, CA 94109

**DATE/TIME:** December 17, 2007 11:09 AM

**MANNER OF SERVICE:** ☒ Substituted Service pursuant to CCP § 415.20(a)

by attempting service at the defendant's business at 2525 Van Ness Avenue on 12/10/07 at 2:32 PM (defendant not in) and at the defendant's residence address at 44 Tomaso Ct., San Francisco, CA on 12/11/07 @ 5:34 PM (copy left with a person of suitable age). Service was effected by delivery to Jane Doe, Manager and a person apparently in charge of the defendant's business, a woman who refused to state her name, described as Chinese, F, 5'6", 110 lbs., 25 years old, dark brown hair. A copy was mailed to the person served via first Class mail on December 17, 2007 from San Francisco, CA.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and this declaration is executed on December 17, 2007 at San Francisco, California.

CAPITOL PROCESS SERVICES, INC.
1827 – 18th St., NW
Washington, DC 20009
800/243-8773

_____
Tony Klein

## PROOF OF SERVICE