REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE "K"

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | LABOR/MANAGEMENT RELATIONS | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-1962 | DATE REFERRED:<br>4/15/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT DISCUSSIONS | JUDGE:<br>RICARDO M. URBINA | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S):<br>JUAN MUNOZ | DEFENDANT(S):<br>LUCKY NG, et al. |
|---|---|

| ENTRIES: |
|---|
| CASE REFERRED TO MAGISTRATE JUDGE KAY FOR SETTLEMENT CONFERENCE TO BE HELD ON 9/11/2008 AT 2:00 P.M. IN CHAMBERS. |