IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MUÑOZ, ET AL<br><br>Plaintiffs,<br><br>v.<br><br>LUCKY NG d/b/a SM CONSTRUCTION CO.<br>ET AL<br><br>Defendants. | Case No. 07 1962 (RMU) |

**JURYS WASHINGTON, LLC D/B/A JURYS WASHINGTON HOTEL'S
STIPULATION OF DISMISSAL OF CROSS-CLAIM
AGAINST LUCKY NG d/b/a SM CONSTRUCTION CO.**

Comes now Defendant/Cross-Claim Plaintiff Jurys Washington, LLC d/b/a Jurys Washington Hotel ("Jurys"), by counsel, pursuant to Fed. R. Civ. P. 41(a)(ii) and Fed. R. Civ. P. 41(c), and dismisses its Cross-Claim against Defendant/Cross-Claim Defendant Lucky Ng d/b/a SM Construction Co.

Respectfully submitted,

JURYS WASHINGTON, LLC d/b/a
JURYS WASHINGTON HOTEL
By Counsel

/s/ Mark D. Crawford
Mark D. Crawford (Bar No. 449004)
Joseph A. McManus, Jr. (Bar No. 345462)
MCMANUS, SCHOR,
ASMAR & DARDEN, L.L.P.
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
202-296-9260
202-659-3732 (fax)

<mark>
</mark>

mcrawford@msadlaw.com
jmcmanus@msadlaw.com

SEEN AND AGREED:

LUCKY NG d/b/a SM
CONSTRUCTION CO.
By Counsel


/s/ Andrew W. Stephenson
Andrew W. Stephenson
Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 955-3000 (phone)
(202) 955-5564 (fax)
Andrew.stephenson@hklaw.com


## Certificate of Service

I hereby certify that on this 25th day of June 2008 a true and correct copy of the foregoing document was served via electronic mail upon the counsel named below at the electronic mail addresses indicated below:

Andrew Bagley
Glenn Grant
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-624-2672
202-628-5116 (fax)
abagley@crowell.com
ggrant@crowell.com
*Counsel for Plaintiffs Munoz, Ovelar, Rocha and Yerien*

Andrew W. Stephenson
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
202-955-3000
202-955-5564 (fax)
Andrew.stephenson@hklaw.com

*Counsel for Lucky Ng d/b/a SM Construction Co.*

<u>/s/ Mark D. Crawford</u>
Mark D. Crawford