UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MUNOZ, ET AL. | ) |
|       Plaintiffs, | ) |
| v. | ) |
| LUCKY NG D/B/A SM CONSTRUCTION CO., ET AL. | ) Case Number: 07-1962 (R.M.U.) |
|       Defendant. | ) |

<b><u>NOTICE OF APPEARANCE</u></b>

The Clerk will please enter the appearance of Dirk D. Haire, of Holland & Knight LLP, 2099 Pennsylvania Ave, NW, Suite 100, Washington, DC 20006, as additional counsel for Lucky Ng d/b/a SM Construction Co. and Jurys Washington LLC d/b/a Jurys Washington Hotel in the above-referenced matter.

Dated: June 25, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Dirk D. Haire_____
　　　　　　　　　　　　　　　　　　　　Dirk D. Haire, D.C. Bar No. 458392
　　　　　　　　　　　　　　　　　　　　Holland & Knight, LLP
　　　　　　　　　　　　　　　　　　　　2099 Pennsylvania Ave, NW
　　　　　　　　　　　　　　　　　　　　Suite 100
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Phone: (202) 955-3000
　　　　　　　　　　　　　　　　　　　　Fax: (202) 955-5564
　　　　　　　　　　　　　　　　　　　　dirk.haire@hklaw.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Lucky Ng d/b/a SM Construction Co. and Jurys Washington LLC d/b/a Jurys Washington Hotel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2008, a true and correct copy of the foregoing Notice of Appearance was served via electronic mail upon the counsel named below at the electronic mail addresses indicated below:

Andrew Bagley
Glenn Grant
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2672 (phone)
(202) 628-5116 (fax)
abagley@crowell.com
ggrant@crowell.com

*Counsel for Plaintiffs Juan Munoz, et al.*

Mark D. Crawford
Joseph A. McManus
Daniel K. Felsen
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260 (phone)
(202) 659-3732 (fax)
mcrawford@msadlaw.com
jmcmanus@msadlaw.com
dfelsen@msadlaw.com

*Counsel for Jurys Washington LLC d/b/a Jurys Washington Hotel*

Andrew W. Stephenson
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
(202) 955-3000 (phone)
(202) 955-5564 (fax)
andrew.stephenson@hklaw.com

*Counsel for Lucky Ng d/b/a SM Construction Co.*

/s/ Dirk D. Haire
Dirk D. Haire

# 5410770_v1