UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MUNOZ, ET AL. | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| LUCKY NG D/B/A SM CONSTRUCTION CO., ET AL. | ) Case Number: 07-1962 (R.M.U.) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF APPEARANCE**

The Clerk will please enter the appearance of Livya L. Heithaus, of Holland & Knight LLP, 2099 Pennsylvania Ave, NW, Suite 100, Washington, DC 20006, as additional counsel for Lucky Ng d/b/a SM Construction Co. and Jurys Washington LLC d/b/a Jurys Washington Hotel in the above-referenced matter.

Dated: September 2, 2008        Respectfully submitted,

/s/ Livya L. Heithaus
Livya L. Heithaus, D.C. Bar No. 978993
Holland & Knight, LLP
2099 Pennsylvania Ave, NW
Suite 100
Washington, DC 20006
Phone: (202) 955-3000
Fax: (202) 955-5564
dirk.haire@hklaw.com
*Counsel for Lucky Ng d/b/a SM Construction Co. and Jurys Washington LLC d/b/a Jurys Washington Hotel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2008, a true and correct copy of the foregoing Notice of Appearance was served via electronic mail upon the counsel named below at the electronic mail addresses indicated below:

Andrew Bagley
Glenn Grant
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2672 (phone)
(202) 628-5116 (fax)
abagley@crowell.com
ggrant@crowell.com

*Counsel for Plaintiffs Juan Munoz, et al.*

Mark D. Crawford
Joseph A. McManus
Daniel K. Felsen
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260 (phone)
(202) 659-3732 (fax)
mcrawford@msadlaw.com
jmcmanus@msadlaw.com
dfelsen@msadlaw.com

*Counsel for Jurys Washington LLC d/b/a Jurys Washington Hotel*

Dirk D. Haire
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
(202) 955-3000 (phone)
(202) 955-5564 (fax)
dirk.haire@hklaw.com

*Counsel for Lucky Ng d/b/a SM Construction Co. and Jurys Washington LLC d/b/a Jurys Washington Hotel*

Andrew W. Stephenson
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
(202) 955-3000 (phone)
(202) 955-5564 (fax)
andrew.stephenson@hklaw.com

*Counsel for Lucky Ng d/b/a SM Construction Co.*

/s/ Livya L. Heithaus
Livya L. Heithaus

# 5579046_v1