IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MUNOZ, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LUCKY NG d/b/a SM CONSTRUCTION CO. )<br>)<br>and )<br>)<br>JURYS WASHINGTON, LLC d/b/a )<br>JURYS WASHINGTON HOTEL )<br>_____)  | Civil Action No.: 07-1962 (RMU) |

## PLAINTIFFS' CONSENT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiffs Juan Muñoz, Blas Ovelar, Teddy Rocha and Daniel Yerien ("Plaintiffs"), by and through their attorneys, and pursuant to Local Rule 7(m) and the Scheduling Order in this matter, request this Court to extend the discovery period by approximately thirty (30) days, until October 30, 2008 and to extend the deadline for dispositive motions by a corresponding thirty (30) days. Defendants' counsel has consented to this extension. In support thereof, Plaintiffs state as follows:

1. Discovery is set to close on September 30, 2008.

2. Mediation is scheduled for September 11, 2008.

3. The parties have been cooperating in discovery and have amicably proceeded with written discovery and the scheduling of depositions. However, the parties have experienced difficulties and delays in scheduling depositions and in the exchange of written discovery.

4. The parties believe this extension will allow them to fully complete discovery.

5. Accordingly, the parties respectfully request that this Court extend the time to complete discovery until October 30, 2008.

6. In light of the parties request for an extension to the discovery deadline, the parties respectfully request that this Court also extend the deadline for Dispositive Motions by a corresponding 30 days, such that Dispositive Motions will be due December 15, 2008, Oppositions to Dispositive Motions will be due January 20, 2009, and Replies to Oppositions to Dispositive Motions will be due February 4, 2009.

WHEREFORE, Plaintiffs respectfully request this Honorable Court to grant their Consent Motion to Extend Discovery Deadline and set the close of discovery for October 30, 2008 and extend the various deadlines for briefing dispositive motions by a corresponding 30 days.

Respectfully submitted,

/s/ Andrew W. Bagley
Andrew W. Bagley (Bar No. 447806)

CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500 (Telephone)
(202) 628-5116 (Facsimile)

Attorney for Plaintiffs

Dated: September 2, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN MUNOZ, et al.           )
                             )
        Plaintiffs,          )
                             )
v.                           )
                             )
LUCKY NG d/b/a SM CONSTRUCTION CO.  )   Civil Action No.: 07-1962 (RMU)
                             )
and                          )
                             )
JURYS WASHINGTON, LLC d/b/a  )
JURYS WASHINGTON HOTEL       )
                             )
_____)

### ORDER

Upon consideration of Plaintiffs' Consent Motion to Extend Discovery Deadline, it is hereby:

**ORDERED** that Plaintiffs' Consent Motion to Extend Discovery Deadline is **GRANTED** and it is further

**ORDERED** that discovery shall be completed no later than October 30, 2008; and it is further

**ORDERED** that Dispositive Motions shall be due December 15, 2008, Oppositions to Dispositive Motions shall be due January 20, 2009, and Replies to Oppositions to Dispositive Motions shall be due February 4, 2009.

Dated: _____, 2008      _____
                                  Judge Ricardo M. Urbina,
                                  United States District Court for the District of Columbia

Copies to:

Andrew W. Bagley
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595


Livya Heithaus
Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of September 2008, the foregoing Plaintiffs' Consent Motion to Extend Discovery Deadline was delivered via electronic service and First Class U.S. Mail to the following individual:

>Livya Heithaus
>Holland & Knight, LLP
>2099 Pennsylvania Avenue, N.W., Suite 100
>Washington, D.C. 20006


>Counsel for Defendants


                                /s/ *Jane Foster*
                                Jane Foster